1  Timothy M. Freudenberger, State Bar No. 138257
   Maria O. Gutierrez, State Bar No. 209995
2  CARLTON DiSANTE & FREUDENBERGER LLP
   2600 Michelson Drive
3  Suite 800
   Irvine, California  92612
4  Telephone:  (949) 622-1661
   Facsimile:  (949) 622-1669
5  E-Mail:  tfreud@cdflaborlaw.com
            mgutierrez@cdflaborlaw.com
6
   Attorneys for Defendant
7  JACK IN THE BOX INC.

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  BEVERLY GINTZ, individually, and on behalf  )  Case No. C06-02857CW
    of all others similarly situated,           )
12                                              )  **ORDER GRANTING AS MODIFIED**
                Plaintiff,                       )  **STIPULATION TO EXTEND THE TIME**
13                                              )  **FOR JACK IN THE BOX INC. TO**
                v.                               )  **ANSWER OR OTHERWISE RESPOND**
14                                              )  **TO PLAINTIFF'S COMPLAINT, TO**
    JACK IN THE BOX, INC., and DOES 1 through )  **CONTINUE THE INITIAL CASE**
15  25, inclusive,                              )  **MANAGEMENT CONFERENCE, AND**
                                                )  **TO COMPLETE MEET AND CONFER**
16              Defendant.                       )  **AND INITIAL DISCLOSURES PRIOR**
                                                )  **TO CASE MANAGEMENT**
17                                              )  **CONFERENCE**
                                                )
18  _____ )  Action Filed:   April 27, 2006

19

20

21

22

23

24

25

26

27

28

Case No.  C06-02857CW
Stipulation and [Proposed] Order to Continue
Time to Answer or Respond and Continue CMC

234413.1

**STIPULATION**

WHEREAS, Plaintiff Beverly Gintz's ("Plaintiff's") Complaint in this action was served on June 9, 2006;

WHEREAS, the parties previously stipulated to extend by sixty (60) days the time for Defendant Jack in the Box Inc. ("JIB") to answer or otherwise respond to the Complaint in the instant case;

WHEREAS, JIB's deadline to answer or otherwise respond is currently August 28, 2006;

WHEREAS, the Initial Case Management Conference in this case is currently set for 1:30 p.m. on September 8, 2006;

WHEREAS, September 1, 2006 is currently the last date for the parties to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report;

WHEREAS, August 18, 2006 is currently the last date for the parties to meet and confer re initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel; and file either Stipulation to ADR Process or Notice of need for ADR Phone Conference;

WHEREAS, Plaintiff and her counsel also have a putative class action pending against JIB in Orange County Superior Court (Gintz v. Jack in the Box et al, Case No. Case No. 04CC00204, filed April 21, 2004);

WHEREAS, at the time the parties stipulated to extend JIB's time to answer or otherwise respond to the Complaint in the instant case, JIB had a motion for summary judgment in Orange County Superior Court case set for hearing on August 11, 2006;

WHEREAS, the hearing date for the Orange County Superior Court motion has been moved to September 15, 2006;

WHEREAS, a motion by Plaintiff and a case management conference in the Orange County Superior Court case are likewise set for September 15, 2006;

WHEREAS, the outcome of the hearings in the Orange County Superior Court case may impact the above listed deadlines which are scheduled to occur prior to September 15, 2006 in the

CARLTON DiSANTE &
FREUDENBERGER LLP

234413.1

2     Case No.  C06-02857CW
Stipulation and [Proposed] Order to Continue
Time to Answer or Respond and Continue CMC

1  instant case;

2       WHEREAS, the parties desire to continue the dates for the meet and confer regarding initial

3  disclosures, the parties' Rule 26(f) report, JIB's responsive pleading, and the initial case

4  management conference such that these matters can take into account rulings in the Superior Court

5  case on September 15, 2006; and

6       WHEREAS, the parties stipulate to request that this Court continue the dates in the instant

7  case pursuant to Local Rules 6-1(b) and 6-2 as set forth below:

8       IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR

9  COUNSEL OF RECORD THAT:

10       (1) the last date for the parties to meet and confer re initial disclosures, early settlement,

11  ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel;

12  and file either Stipulation to ADR Process or Notice of need for ADR Phone Conference be

13  continued to and including September 22, 2006;

14       (2) Defendant Jack in the Box Inc.'s time to answer or otherwise respond to Plaintiff Gintz's

15  Complaint in the instant case be extended to and including September 25, 2006;

16       (3) The last date for the parties to complete initial disclosures or state objection in Rule

17  26(f) report, file Case Management Statement, and file Rule 26(f) Report be continued to October

18  6, 2006; and

19       (4) The Initial Case Management Conference in this case be continued to 1:30 p.m. on

20  October 13, 2006.

21  IT IS SO STIPULATED.

22  Dated:  August 3, 2006                    CARLTON DiSANTE & FREUDENBERGER LLP
                                             Timothy M. Freudenberger
23                                           Maria O. Gutierrez

24

25                                     By: _____
                                             Timothy M. Freudenberger
26                                     Attorneys for Defendant
                                       JACK IN THE BOX INC.
27

28

CARLTON DiSANTE &
FREUDENBERGER LLP

3                    Case No.  C06-02857CW
                     Stipulation and [Proposed] Order to Continue
                     Time to Answer or Respond and Continue CMC

234413.1

1   Dated:  August 3, 2006              SCOTT COLE & ASSOCIATES, APC

2

3

4                                      By: _____
                                            Clyde H. Charlton
5                                      Attorneys for Plaintiff
                                       BEVERLY D. GINTZ

6

7

8       **IT IS HEREBY ORDERED THAT:**

9          (1) the last date for the parties to meet and confer re initial disclosures, early settlement,

10  ADR process selection, and discovery plan; file ADR Certification signed by Parties and Counsel;

11  and file either Stipulation to ADR Process or Notice of need for ADR Phone Conference be

12  continued to and including September 22, 2006;

13         (2) Defendant Jack in the Box Inc.'s time to answer or otherwise respond to Plaintiff Gintz's

14  Complaint in the instant case be extended to and including September 25, 2006;

15         (3) The last date for the parties to complete initial disclosures or state objection in Rule

16  26(f) report, file Case Management Statement, and file Rule 26(f) Report be continued to October

17  6, 2006; and

18         (4) The Initial Case Management Conference in this case be continued to 1:30 p.m. on

19  October  20, 2006.

20         8/10/06                              /s/ CLAUDIA WILKEN

21  Dated: _____          _____

22                                       The Honorable Claudia Wilken
                                         Judge of the United States District Court for
23                                       the Northern District of California

24

25

26

27

28

CARLTON DiSANTE &
FREUDENBERGER LLP

234413.1

Case No.  C06-02857CW
Stipulation and [Proposed] Order to Continue
Time to Answer or Respond and Continue CMC