1  Timothy M. Freudenberger, State Bar No. 138257
   Maria O. Gutierrez, State Bar No. 209995
2  CARLTON DiSANTE & FREUDENBERGER LLP
   2600 Michelson Drive
3  Suite 800
   Irvine, California 92612
4  Telephone: (949) 622-1661
   Facsimile: (949) 622-1669
5  E-Mail: tfreud@cdflaborlaw.com
           mgutierrez@cdflaborlaw.com
6
   Attorneys for Defendant
7  JACK IN THE BOX INC.

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | BEVERLY GINTZ, individually, and on behalf of all others similarly situated, | Case No. C06-02857CW |
   |---|---|
   | Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE FROM OCTOBER 20, 2006 TO NOVEMBER 3, 2006** |
   | v. | |
   | JACK IN THE BOX, INC., and DOES 1 through 25, inclusive, | CURRENT STATUS CONFERENCE Date: October 20, 2006 |
   | Defendant. | Time: 1:30 p.m. |
   | | [PROPOSED] CONTINUED DATE Date: November 3, 2006 Time: 10:00 a.m. |
   | | Action Filed: April 27, 2006 |

---

Case No. C06-02857CW
Stip. and [Proposed] Order to Continue Status Conf.

240453.1

**STIPULATION**

WHEREAS, the Initial Case Management Conference in this case is currently set for October 20, 2006 at 1:30 p.m.;

WHEREAS, October 6, 2006 is currently the last date for the parties to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report;

WHEREAS, Defendant Jack in the Box Inc. ("JIB") has filed a Motion to Dismiss or, in the Alternative, Stay Action that is to be heard by the Court on November 3, 2006 at 10:00 a.m.;

WHEREAS, the Court's ruling on JIB's Motion to Dismiss will affect matters to be discussed at the status conference;

WHEREAS, the parties stipulate to request that this Court continue the dates in the instant case pursuant to Local Rules 6-1(b) and 6-2 as set forth below:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT:

(1) The last date for the parties to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report be continued to October 27, 2006; and

(2) The Initial Case Management Conference in this case be continued to 10:00 a.m. on November 3, 2006.

**IT IS SO STIPULATED.**

Dated:  September 28, 2006          CARLTON DiSANTE & FREUDENBERGER LLP

By: _____
Timothy M. Freudenberger
Attorneys for Defendant
JACK IN THE BOX INC.

Case No.  C06-02857CW
Stip. and [Proposed] Order to Continue Status Conf.

240453.1

| | |
|---|---|
| Dated:  September 26, 2006 | SCOTT COLE & ASSOCIATES, APC |
| | By: _____ |
| | Clyde H. Charlton |
| | Attorneys for Plaintiff |
| | BEVERLY D. GINTZ |

**IT IS HEREBY ORDERED THAT:**

(1) The last date for the parties to complete initial disclosures or state objection in Rule 26(f) report, file Case Management Statement, and file Rule 26(f) Report be continued to October 27, 2006; and

(2) The Initial Case Management Conference in this case be continued to 10:00 a.m. on November 3, 2006.

**IT IS SO ORDERED.**

**10/2/06**

Dated: _____          _____
                                                  The Honorable Claudia Wilken
                                                  Judge of the United States District Court for the
                                                  Northern District of California

CARLTON DiSANTE &
FREUDENBERGER LLP

240453.1

2       Case No.  C06-02857CW
Stip. and [Proposed] Order to Continue Status Conf.