1 | Scott Edward Cole, Esq. (S.B. #160744)
2 | Clyde H. Charlton, Esq. (S.B. #127541)
  | Matthew R. Bainer, Esq. (S.B. #220972)
3 | **SCOTT COLE & ASSOCIATES, APC**
  | 1970 Broadway, Suite 950
4 | Oakland, California 94612
  | Telephone: (510) 891-9800
5 | Facsimile:  (510) 891-7030
  | web:    www.scalaw.com

6 | Attorneys for Representative Plaintiffs
7 | and the Plaintiff Class(es)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| BEVERLY GINTZ, SHERRY OWEN, MARIA MACIAS, individually, and on behalf of all others similarly situated, | **Case No.: C06 02857 CW** |
| | **CLASS/COLLECTIVE ACTION** |
| Plaintiff, | **STIPULATION TO CONTINUE DATES FOR HEARING OF DEFENDANT'S MOTION TO TRANSFER AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| JACK IN THE BOX, INC. | |
| Defendant. | Prior Motion and CMC Date: Jan. 26, 2007 Time: 10:00 a.m. |
| | **New Motion and CMC Date: Feb. 9, 2007 Time: 10:00 a.m.** |
| | Courtroom: 2 Judge: Hon. Claudia Wilken |

### STIPULATION

WHEREAS, Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is currently scheduled for hearing on January 26, 2007 at 10:00 a.m.;

WHEREAS, a further Case Management Conference is also currently scheduled for January 26, 2007 at 10:00 a.m.;

WHEREAS, Plaintiff has requested a brief continuance of the Motion and CMC date to accommodate the scheduling conflicts of Plaintiff's counsel;

1  WHEREAS, Defendant has agreed to stipulate to a continuance of the hearing on the Motion to Transfer Venue and the further Case Management Conference to February 9, 2007;

WHEREAS, the parties jointly stipulate, pursuant to Local Rules 6-1(b) and 6-2 to request that the Court continue the Motion and CMC date previously set by the Court in the instant case, as set forth below:

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR COUNSEL OF RECORD THAT:

(1) The Hearing on Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) be continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.; and

(2) The further Case Management Conference be likewise continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.

IT IS SO STIPULATED.

Dated: January 23, 2007

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Clyde H. Charlton
Clyde H. Charlton, Esq.

Attorneys for the Representative Plaintiffs and the Plaintiff Class(es)

Dated: January 23, 2007

**CARLTON DiSANTE & FREUDENBERGER**

By: /s/ Maria Gutierrez
Maria Gutierrez, Esq.

Attorneys for Defendant
Jack in the Box, Inc.

IT IS HEREBY ORDERED THAT:

(1) The Hearing on Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) be continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.; and

(2) The further Case Management Conference be likewise continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.

Dated: January 24, 2007

_____
The Honorable Claudia Wilken
Judge of the United States District Court for the Northern District of California

**ATTESTATION OF E-FILED SIGNATURE**

I, Clyde H. Charlton, am the ECF User whose ID and password are being used to file this Certification of Service. In compliance with General Order 45, X.B., I hereby attest that Maria Gutierrez has read and approved this Certificate of Service and consents to its filing in this action.

Dated: January 23, 2007

**SCOTT COLE & ASSOCIATES, APC**

By:   /s/ Clyde H. Charlton
        Clyde H. Charlton, Esq.