Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Suite 950
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:     www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Class(es)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| BEVERLY GINTZ, SHERRY OWEN, MARIA MACIAS, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>JACK IN THE BOX, INC.<br>　　　　　　　　　Defendant. | Case No.: C06 02857 CW<br><br>**CLASS/COLLECTIVE ACTION**<br>AMENDED<br>**STIPULATION TO CONTINUE DATES FOR HEARING OF DEFENDANT'S MOTION TO TRANSFER AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Prior Motion and CMC Date: Jan. 26, 2007<br>Time: 10:00 a.m.<br><br>**New Motion and CMC Date: Feb. 9, 2007**<br>**Time: 10:00 a.m.**<br><br>Courtroom: 2<br>Judge: Hon. Claudia Wilken |

**STIPULATION**

WHEREAS, Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) is currently scheduled for hearing on January 26, 2007 at 10:00 a.m.;

WHEREAS, a further Case Management Conference is also currently scheduled for January 26, 2007 at 10:00 a.m.;

WHEREAS, Plaintiff has requested a brief continuance of the Motion and CMC date to accommodate the scheduling conflicts of Plaintiff's counsel;

1  WHEREAS, Defendant has agreed to stipulate to a continuance of the hearing on the Motion
2  to Transfer Venue and the further Case Management Conference to February 9, 2007;

3  WHEREAS, the parties jointly stipulate, pursuant to Local Rules 6-1(b) and 6-2 to request
4  that the Court continue the Motion and CMC date previously set by the Court in the instant case, as
5  set forth below:

6  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR
7  COUNSEL OF RECORD THAT:

8  (1)    The Hearing on Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. §
9  1404(a)  be continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.; and

10 (2)    The further Case Management Conference be likewise continued from January 26,
11 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.

13 IT IS SO STIPULATED.

14 Dated: January 23, 2007

15 **SCOTT COLE & ASSOCIATES, APC**

17 By:    /s/  Clyde H. Charlton
        Clyde H. Charlton, Esq.

        Attorneys for the Representative Plaintiffs
19      and the Plaintiff Class(es)

20 Dated: January 23, 2007

21 **CARLTON DiSANTE & FREUDENBERGER**

23 By:    /s/  Maria Gutierrez
        Maria Gutierrez, Esq.

        Attorneys for Defendant
25      Jack in the Box, Inc.

SCOTT COLE & ASSOCIATES, APC
ATTORNEYS AT LAW
THE WORLD SAVINGS TOWER
1970 BROADWAY, SUITE 950
OAKLAND, CA 94612
TEL: (510) 891-9800

IT IS HEREBY ORDERED THAT:

(1) Unless it is decided on the papers, The Hearing on Defendant's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) be continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m.; and

(2) The further Case Management Conference be likewise continued from January 26, 2007 at 10:00 a.m. to February 9, 2007 at 10:00 a.m., unless the case is transferred.

Dated: January 24, 2007

_____
The Honorable Claudia Wilken
Judge of the United States District Court for the Northern District of California

**ATTESTATION OF E-FILED SIGNATURE**

I, Clyde H. Charlton, am the ECF User whose ID and password are being used to file this Certification of Service. In compliance with General Order 45, X.B., I hereby attest that Maria Gutierrez has read and approved this Certificate of Service and consents to its filing in this action.

Dated: January 23, 2007

**SCOTT COLE & ASSOCIATES, APC**

By: /s/ Clyde H. Charlton
Clyde H. Charlton, Esq.