Scott Edward Cole, Esq. (S.B. #160744)
Clyde H. Charlton, Esq. (S.B. #127541)
Matthew R. Bainer, Esq. (S.B. #220972)
**SCOTT COLE & ASSOCIATES, APC**
1970 Broadway, Ninth Floor
Oakland, California 94612
Telephone: (510) 891-9800
Facsimile:  (510) 891-7030
web:      www.scalaw.com

Attorneys for Representative Plaintiffs
and the Plaintiff Classes

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEVERLY D. GINTZ, SHERRY OWEN, MARIA MACIAS, individually, and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>vs.<br><br>JACK IN THE BOX, INC.<br><br>                    Defendant. | Case No.: 06-02857 CW<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITHOUT PREJUDICE;** ~~PROPOSED~~ **ORDER** |

- 1 -
Joint Stipulation to Dismiss Complaint Without Prejudice

1  WHEREAS, Plaintiffs Beverly Gintz, Sherry Owen and Maria Macias and defendant Jack
2  in the Box, Inc. have reached an agreement to dismiss this action, in its entirety, without
3  prejudice, with all parties to bear their own fees and costs.
4
5  Therefore, IT IS HEREBY STIPULATED by and between the parties, through their
6  undersigned counsel, that this action is dismissed, in its entirety, without prejudice, with all
7  parties to bear their own attorneys' fees and costs.
8
9  Dated: July 23, 2007                    **SCOTT COLE & ASSOCIATES, APC**
10
11                                         By: _____
12                                         CLYDE H. CHARLTON
                                           Attorneys for the Plaintiffs
                                           And the Plaintiff Classes
13
14
15  Dated: July ___, 2007                  **CARLTON, DISANTE & FREUDENBERGER**
16
17                                         By: _____
                                           MARIA O. GUTIERREZ
18                                         Attorneys for Defendant
                                           Jack in the Box, Inc.
19
20
21  **IT IS SO ORDERED:**
22
23  Dated: _____, 2007
24
25                                         By: _____
                                           JUDGE OF THE DISTRICT COURT
26
27
28

1  WHEREAS, Plaintiffs Beverly Gintz, Sherry Owen and Maria Macias and defendant Jack
2  in the Box, Inc. have reached an agreement to dismiss this action, in its entirety, without
3  prejudice, with all parties to bear their own fees and costs.

5  Therefore, IT IS HEREBY STIPULATED by and between the parties, through their
6  undersigned counsel, that this action is dismissed, in its entirety, without prejudice, with all
7  parties to bear their own attorneys' fees and costs.

9  Dated: July __, 2007          SCOTT COLE & ASSOCIATES, APC

11                                By: _____
12                                    CLYDE H. CHARLTON
                                      Attorneys for the Plaintiffs
13                                    And the Plaintiff Classes

15  Dated: July 19, 2007          CARLTON, DISANTE & FREUDENBERGER

17                                By: _____
                                      MARIA O. GUTIERREZ
18                                    Attorneys for Defendant
                                      Jack in the Box, Inc.

21  IT IS SO ORDERED:
22          7/24/
23  Dated: _____, 2007

25                                By: _____
                                      JUDGE OF THE DISTRICT COURT

- 2 -
Joint Stipulation to Dismiss Complaint Without Prejudice